Archie L. Breese, Appellee, v. Guy A. Richardson et al., Trading as Chicago Surface Lines, Appellants.

Gen. No. 41,132.

opinion filed October 1, 1940; rehearing denied October 15, 1940. Frank L. Kriete, Charles E. Green and Arthur J. Donovan, for appellants; John R. Guilliams, of counsel; William A. Redmond, for appellee; John Knox, of counsel. Opinion by JUSTICE MATCHETT. "Not to be published in full."